AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Earl Dawson Caldwell, IV,<br>a/k/a "Chuck Ashley"<br><br>*Defendant(s)* | Case No. 9:21-mj-81 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 2020-May 2021  in the county of  Jasper and Beaufort  in the
 Judicial  District of  South Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1591(a)(1) | Trafficking a minor for sex |

This criminal complaint is based on these facts:
See attached affidavit of HSI S/A Kenneth D. Hawsey

☑ Continued on the attached sheet.

*Kenneth D Hawsey*
Complainant's signature

Kenneth D. Hawsey HSI S/A
Printed name and title

Sworn to me via telephone or other reliable electronic means
and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: October 11, 2021

*Mary Gordon Baker*
Judge's signature

City and state:  Charleston, South Carolina   Mary Gordon Baker, US Magistrate Judge
Printed name and title