| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | Thad Doughty; Alicia Penn; greg@harrisgasserlaw.com; dbb@deborahbarbier.com |
| **Cc:** | Schoen, Jamie L. (USASC) |
| **Subject:** | US v. Riley, Caldwell and Mills - Discovery Update |
| **Date:** | Wednesday, November 3, 2021 1:40:00 PM |

All,

     I just wanted to provide a discovery update.  I received the discovery late yesterday afternoon and I am hoping to start going through it today once I get done with a few hearings. I will be out of pocket tomorrow and Friday but will pick back up with it next week. My paralegal is in trial next week and needs to finish up a large discovery project for another attorney. Without seeing the discovery, but based on it being contained on two thumbs drives, she estimated being able to get it out approximately three weeks after she gets it from me. I assure you, we will work on getting this out as soon as possible but please be patient with us. Feel free to reach out with any questions. Thanks!

Carra Henderson
Special Assistant U.S. Attorney
14th Judicial Circuit
U.S. Attorney's Office
151 Meeting Street, Suite 200
Charleston, SC 29402
(843) 266-1644

| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | Thad Doughty; Alicia Penn; greg@harrisgasserlaw.com; dbb@deborahbarbier.com |
| **Cc:** | Schoen, Jamie L. (USASC) |
| **Subject:** | RE: US v. Riley, Caldwell and Mills - Discovery Update |
| **Date:** | Monday, November 15, 2021 3:40:00 PM |

All,

    Just to update you. This discovery is proving to be much more challenging than most discovery trying to adhere to rules involving minor victims and protecting each of your client's privacy when it comes to the individual phone/Facebook/iCloud search warrant returns. Please know that Jamie and I are actively working on the best way to get as much of it out to you all as fast as possible. We can push out a first round that just contains police reports and the like if that will be helpful, so please let me know if you all wish for us do that. We very much appreciate how patient you all have been so far and just ask that you continue to be patient with us as we work to ensure the discovery goes out in a manner that is compliant with everyone's rights.

Carra Henderson
Special Assistant U.S. Attorney
14th Judicial Circuit
U.S. Attorney's Office
151 Meeting Street, Suite 200
Charleston, SC 29402
(843) 266-1644

| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | Alicia Penn; Thad Doughty |
| **Cc:** | greg@harrisgasserlaw.com; dbb_deborahbarbier.com; Schoen, Jamie L. (USASC) |
| **Subject:** | RE: US v. Riley, Caldwell and Mills - Discovery Update |
| **Date:** | Tuesday, November 16, 2021 2:31:00 PM |

Thanks Alicia – I think that will only be an issue for your client so you and I can work through that.

Jamie and I spent an hour on the phone yesterday with the Child Exploitation Unit in DC trying to ensure we follow all rules regarding discovery when it comes to minor victims and we honestly think the best way to get this discovery out and for you all to have access to it outside our office, and comply with all minor victims' rights and rules, is going to be through a protective order. With that in mind – does anyone object to a protective order? If not, please send us a list of people in your employ that would need to be able to access the discovery, i.e. paralegals and investigators, so that their names can be listed in the protective order.

Unfortunately this would only help to solve one issue but it's a big step forward.

This is a very challenging work in progress and as I stated, Jamie and I are doing the best that we can to get it done quickly but also correctly. If anyone has any concerns or questions, you are always welcome to reach to me so we can discuss them.

Carra Henderson
Special Assistant U.S. Attorney
14th Judicial Circuit
U.S. Attorney's Office
151 Meeting Street, Suite 200
Charleston, SC 29402
(843) 266-1644

**From:** Alicia Penn <Alicia_Penn@fd.org>
**Sent:** Tuesday, November 16, 2021 10:25 AM
**To:** Thad Doughty <doughtythad8@gmail.com>; Henderson, Carra J. (USASC) <cjhenderson@usa.doj.gov>
**Cc:** greg@harrisgasserlaw.com; dbb_deborahbarbier.com <dbb@deborahbarbier.com>; Schoen, Jamie L. (USASC) <jschoen@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Riley, Caldwell and Mills - Discovery Update

Thanks for the update Carra.

For the phones, I ask that any extractions, assuming they will be done with cellebrite, be provided to us in UFDR file format, in its entirety, with the cellebrite reader so that we can efficiently and completely review the data. If this is going to be something that will be contested, let me know asap please so I can file the necessary motions.

First round of discovery would be helpful.

**From:** Thad Doughty <doughtythad8@gmail.com>
**Sent:** Monday, November 15, 2021 4:31 PM
**To:** Henderson, Carra J. (USASC) <Carra.Henderson@usdoj.gov>
**Cc:** Alicia Penn <Alicia_Penn@fd.org>; greg@harrisgasserlaw.com; dbb_deborahbarbier.com <dbb@deborahbarbier.com>; Schoen, Jamie L. (USASC) <Jamie.L.Schoen@usdoj.gov>
**Subject:** Re: US v. Riley, Caldwell and Mills - Discovery Update

The First round of discovery would be helpful to me and my client.

Thad Doughty

On Mon, Nov 15, 2021 at 3:40 PM Henderson, Carra J. (USASC) <Carra.Henderson@usdoj.gov> wrote:

> All,
>
> Just to update you. This discovery is proving to be much more challenging than most discovery trying to adhere to rules involving minor victims and protecting each of your client's privacy when it comes to the individual phone/Facebook/iCloud search warrant returns. Please know that Jamie and I are actively working on the best way to get as much of it out to you all as fast as possible. We can push out a first round that just contains police reports and the like if that will be helpful, so please let me know if you all wish for us do that. We very much appreciate how patient you all have been so far and just ask that you continue to be patient with us as we work to ensure the discovery goes out in a manner that is compliant with everyone's rights.
>
> Carra Henderson
> Special Assistant U.S. Attorney
> 14th Judicial Circuit
> U.S. Attorney's Office
> 151 Meeting Street, Suite 200
> Charleston, SC 29402
> (843) 266-1644

| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | dbb_deborahbarbier.com; greg@harrisgasserlaw.com |
| **Cc:** | Schoen, Jamie L. (USASC) |
| **Subject:** | Riley et al - Proposed Motion and Order for Protective Order |
| **Date:** | Thursday, November 18, 2021 11:14:00 AM |
| **Attachments:** | Motion for Protective Order for Discovery.docx |
| | Protective Order (Proposed).docx |

Debbie and Greg,

      Per your conversation with Jamie, please find attached the proposed motion and order for protective order in the Riley, et al case. Please let me know whether or not you consent so I can include that information in the motion. Please feel free to reach out with any questions. Thanks!

Carra Henderson

Special Assistant U.S. Attorney

14th Judicial Circuit

U.S. Attorney's Office

151 Meeting Street, Suite 200

Charleston, SC 29402

(843) 266-1644

| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | dbb_deborahbarbier.com; greg@harrisgasserlaw.com |
| **Cc:** | Schoen, Jamie L. (USASC) |
| **Subject:** | RE: Riley et al - Proposed Motion and Order for Protective Order |
| **Date:** | Friday, November 19, 2021 8:14:00 AM |
| **Attachments:** | Protective Order (Proposed).docx |

Good morning,

Counsel for Jessica Mills has consented and requested the addition below, which I have added to the last line of the proposed order:

"or after the conclusion of the appellate process if an appeal is filed be the defendant."

See updated proposed order attached. No other changes were made.

Carra Henderson
Special Assistant U.S. Attorney
14th Judicial Circuit
U.S. Attorney's Office
151 Meeting Street, Suite 200
Charleston, SC 29402
(843) 266-1644

---

**From:** Henderson, Carra J. (USASC)
**Sent:** Thursday, November 18, 2021 11:15 AM
**To:** dbb_deborahbarbier.com <dbb@deborahbarbier.com>; greg@harrisgasserlaw.com
**Cc:** Schoen, Jamie L. (USASC) <jschoen@usa.doj.gov>
**Subject:** Riley et al - Proposed Motion and Order for Protective Order

Debbie and Greg,

    Per your conversation with Jamie, please find attached the proposed motion and order for protective order in the Riley, et al case. Please let me know whether or not you consent so I can include that information in the motion. Please feel free to reach out with any questions. Thanks!


Carra Henderson
Special Assistant U.S. Attorney
14th Judicial Circuit
U.S. Attorney's Office
151 Meeting Street, Suite 200
Charleston, SC 29402
(843) 266-1644

| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | dbb_deborahbarbier.com; greg@harrisgasserlaw.com; Alicia Penn; Thad Doughty |
| **Cc:** | Schoen, Jamie L. (USASC) |
| **Subject:** | UPDATED Proposed Protective Order |
| **Date:** | Monday, November 22, 2021 3:29:00 PM |
| **Attachments:** | Protective Order (Proposed).docx |
| **Importance:** | High |

All,

    Attached is the proposed protective order <u>updated</u> to include Alicia's requested addition to clarify #1 allows for working copies within your office. I am going to submit for filing tomorrow afternoon so that those who have consented can begin receiving discovery. Debbie and Greg I am not trying to rush you in to making a decision, please take all the time you need, I just cannot delay getting discovery out to Alicia and Thad now that they have consented to a plan for production. Thanks everyone!

Carra Henderson
Special Assistant U.S. Attorney
14th Judicial Circuit
U.S. Attorney's Office
151 Meeting Street, Suite 200
Charleston, SC 29402
(843) 266-1644

| | |
|---|---|
| **From:** | Henderson, Carra J. (USASC) |
| **To:** | Deborah Barbier |
| **Cc:** | Thad Doughty; greg@harrisgasserlaw.com; Alicia Penn; Schoen, Jamie L. (USASC) |
| **Subject:** | Re: [EXTERNAL] RE: UPDATED Proposed Protective Order |
| **Date:** | Tuesday, November 23, 2021 7:02:33 AM |

Thank you, I will get the motion and order filed today. I am on leave starting after lunch today until Monday. I will be in the office Monday to get everything organized for production and hopefully, assuming we have a signed order, a paralegal can start working on producing it next week but without knowing what other projects they are working on, I cannot provide an exact date. I can assure you we will work to get it out as fast as possible. As soon as I have a more definitive timeframe, I will update everyone.

All of the forensic interviews will come out in the first batch of discovery. A more detailed list will be sent with discovery but, generally, the only things the Government intends to withhold at this time are child porn images/videos, the victim's phone dump and and the victim's medical records.

Sent from my iPhone

> On Nov 22, 2021, at 6:35 PM, Deborah Barbier <dbb@deborahbarbier.com> wrote:
>
> Carra – We can agree to the revised Protective Order, so please indicate in your motion our consent on behalf of Mr. Caldwell. I also have a few questions:
>
> 1. I am wondering whether you have an anticipated date that we will receive all of discovery that the Government is required to produce? Please let me know as soon as possible. I know that you are busy and might have overlooked this same question in my last email, but this is important information for us to convey to our client so that we can help him make critical decisions.
> 2. When do you plan to produce the contents of the Minor's phone?
> 3. When do you plan to produce all of the forensic interviews of the Minor?
>
> Thanks!
>
> Best regards,
>
> Debbie
>
> **Deborah B. Barbier**
>
> Deborah B. Barbier, LLC
> 1811 Pickens Street
> Columbia, South Carolina 29201
> (803) 445-1032 (office)

(803) 445-1036 (fax)
(803) 730-6290 (cell)
www.deborahbarbier.com

---

**From:** Thad Doughty <doughtythad8@gmail.com>
**Sent:** Monday, November 22, 2021 4:15 PM
**To:** Henderson, Carra J. (USASC) <Carra.Henderson@usdoj.gov>
**Cc:** Deborah Barbier <dbb@deborahbarbier.com>; greg@harrisgasserlaw.com; Alicia Penn <Alicia_Penn@fd.org>; Schoen, Jamie L. (USASC) <Jamie.L.Schoen@usdoj.gov>
**Subject:** Re: UPDATED Proposed Protective Order

OK. Looks Good.

Thad Doughty


On Mon, Nov 22, 2021 at 3:29 PM Henderson, Carra J. (USASC) <Carra.Henderson@usdoj.gov> wrote:

> All,
>
> Attached is the proposed protective order updated to include Alicia's requested addition to clarify #1 allows for working copies within your office. I am going to submit for filing tomorrow afternoon so that those who have consented can begin receiving discovery. Debbie and Greg I am not trying to rush you in to making a decision, please take all the time you need, I just cannot delay getting discovery out to Alicia and Thad now that they have consented to a plan for production. Thanks everyone!
>
> Carra Henderson
> Special Assistant U.S. Attorney
> 14th Judicial Circuit
> U.S. Attorney's Office
> 151 Meeting Street, Suite 200
> Charleston, SC 29402
> (843) 266-1644