UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| -versus- | ) CRIMINAL NO.: 9:21-317-DCN |
| EARL DAWSON CALDWELL, | ) |
| Defendant. | ) |

## APPEARANCE NOTICE

The undersigned hereby respectfully enters their appearance as attorneys for witness, Minor Victim One, in the above-entitled matter.

Respectfully submitted,

FRANCIS J. CORNELY, ESQUIRE
15 Prioleau Street
Charleston, SC  29401
Telephone: (843) 937-4090

*s/Francis J. Cornely*
_____
FRANCIS J. CORNELY
Federal ID Number:  5088


ANNE L. ROSS, ESQUIRE
111 Church Street
Charleston, SC 29401
Telephone: (843) 853-6456

*s/Anne L. Ross*
_____
ANNE L. ROSS
Federal ID Number:  9686


ATTORNEYS FOR MINOR VICTIM 1

Charleston, South Carolina

July 6, 2022